FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2022

No. 04-22-00136-CV

**BARRETT FIREARMS MANUFACTURING, INC.**, Barrett Firearms USA, Inc., and Federal Cartridge Company.,
Appellants

v.

Xavier **FLORES**,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17551
Honorable Richard Price, Judge Presiding

## O R D E R

On May 13, 2022, we granted appellants' petitions for permissive appeal, and we noted the clerk's record and reporter's record covering a hearing held on February 10, 2022 had been filed. We instructed appellants to notify us indicating whether the appellate record was complete. On May 26, 2022, appellants filed notices stating the appellate record was complete. Accordingly, we **order** appellants to file their briefs **by June 23, 2022.** *See* TEX. R. APP. P. 28.3(k), 38.6(a). Appellee's brief is due twenty days after appellants' file their briefs. *See* TEX. R. APP. P. 28.3(k), 38.6(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court